IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re, | ) | |
| Kathleen Thomas | ) | **DEFAULT O/E JAD** |
|     <u>Debtor/movant</u> | ) | |
| Kathleen Thomas | ) | |
|     Debtor/movant | ) | Bankruptcy No. 21-21096-CMB |
| v. . | ) | |
| **Capital One Bank (USA), N.A.** | | Chapter 13 |
| **Citifinancial** | | |
| **City of New Kensington** | | Related To ECF No. 8 |
| **Home Investment Fund V, LP** | | |
| **Munic. Auth. of the City of New Kens.** | | |
| **Pennsylvania Department of Revenue** | | |
| **Peoples Gas Company LLC** | | |
|     Creditor/respondent(s) | ) | |
| Ronda Winnecour | ) | |
|     Trustee/respondent | ) | |

FILED
5/24/21 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30 DAYS

AND NOW, this <u>24th</u> day of <u>May</u>, 2021 it is hereby ORDERED, ADJUDGED, AND DECREED that the automatic stay is extended as to the above captioned respondents for the duration of the Chapter 13 case unless the case is dismissed or relief is granted for failure to comply with the terms and conditions of the Chapter 13 plan or by further Order of this Court.

By the Court

Jeffery A. Deller    mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kathleen B. Thomas  
    Debtor

Case No. 21-21096-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: May 24, 2021      Form ID: pdf900      Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen B. Thomas, 411 Oakwood Street, New Kensington, PA 15068-5345 |
| cr | + | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15371454 | + | CITY OF NEW KENSINGTON, 301 ELEVENTH STREET, New Kensington, PA 15068-6179 |
| 15371455 | + | HOME INVESTMENT FUND, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |
| 15378443 | + | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15377721 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 25 2021 01:36:30 | CAPITAL ONE BANK, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15375510 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 25 2021 01:32:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15377724 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 25 2021 01:23:00 | PA DEPARTMENT OF REVENUE, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15377725 | | Email/Text: bknotices@snsc.com | May 25 2021 01:23:00 | SN SERVICING CORP, 323 5TH STREET, Eureka, CA 95501 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15377722 | *+ | CITY OF NEW KENSINGTON, 301 ELEVENTH STREET, New Kensington, PA 15068-6179 |
| 15377723 | *+ | HOME INVESTMENT FUND, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: May 24, 2021 | Form ID: pdf900 | Total Noticed: 9 |

Date: May 26, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

**Name**     **Email Address**

Office of the United States Trustee
　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
　　　　on behalf of Debtor Kathleen B. Thomas Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
　　　　on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
　　　　PNGbankruptcy@peoples-gas.com

TOTAL: 4