## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | ) | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 21-21096-TPA |
| | ) | |
| Kathleen B. Thomas, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Kindly enter the appearance of Jillian Nolan Snider, Esquire, as counsel of record for Integrity Mortgage Note Fund I, LLC.

PLEASE TAKE NOTICE that Integrity Mortgage Note Fund I, LLC, a creditor and party-in-interest in the above-captioned matter, hereby appears by its counsel, Jillian Nolan Snider, Esquire ("Counsel"); and Counsel hereby enters her appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Counsel hereby requests, pursuant to Section 342 of the Bankruptcy Code and Rules 2002, 3017, and 9007 of the Bankruptcy Rules, that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon:

> Jillian Nolan Snider, Esquire
> Pa. I.D. # 202253
> FROST BROWN TODD LLC
> 501 Grant Street, Suite 800
> Pittsburgh, Pennsylvania 15219
> (412) 513-4300
> (412) 513-4299 (fax)
> jsnider@fbtlaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

                                                          Respectfully Submitted,

Dated: January 21, 2022                */s/ Jillian Nolan Snider*
                                                      Jillian Nolan Snider, Esquire
                                                      Pa. I.D. # 202253
                                                      FROST BROWN TODD LLC
                                                      501 Grant Street, Suite 800
                                                      Pittsburgh, Pennsylvania 15219
                                                      (412) 513-4300
                                                      jsnider@fbtlaw.com
                                                      Attorney for Integrity Mortgage Note Fund I, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 21-21096-TPA |
|  | ) |  |
| Kathleen B. Thomas, | ) | CHAPTER 13 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

    I certify that I served or caused to be served a copy of the foregoing Notice of Appearance upon each of the persons and parties in interest at the addresses shown below by United States Mail, First Class, Postage Pre-Paid, unless otherwise served by this Court's CM/ECF System:

U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Kathleen B. Thomas
411 Oakwood Street
New Kensington, PA 15068

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Russell A. Burdelski, Esq.
1020 Perry Highway
Pittsburgh, PA 15237-2109

Respectfully Submitted,

Dated: January 21, 2022

*/s/ Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. # 202253
FROST BROWN TODD LLC
501 Grant Street, Suite 800
Pittsburgh, Pennsylvania 15219
(412) 513-4300
jsnider@fbtlaw.com
Attorney for Integrity Mortgage Note Fund I, LLC

0148982.0752857    4869-2415-1306v1