UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN B. THOMAS, | : | No. 21-21096-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| INTEGRITY MORTGAGE | : | |
| NOTE FUND I, LLC | : | Hearing Date: 3/9/22 at 9:30 a.m. |
| | : | |
| Movant, | : | Response Date: 2/26/22 |
| | : | |
| vs. | : | |
| | : | |
| KATHLEEN B. THOMAS, | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION OF INTEGRITY MORTGAGE NOTE FUND I, LLC FOR RELIEF FROM
AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than February 26, 2022 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 9, 2022 at 9:30 a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in-Charge, at 814-464-9760. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Updated Notice of Temporary Modification of Appearance Procedures*, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: February 9, 2022

Attorney for Movant/Applicant

*/s/ Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. # 202253
jsnider@fbtlaw.com
FROST BROWN TODD LLC
501 Grant Street, Suite 800
Pittsburgh, Pennsylvania 15219
412-513-4300