FILED
3/10/22 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-21096-TPA |
| Kathleen B. Thomas | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 3/9/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #37 MFRS filed by Integrity Mortgage Note Fund, LLC
             #41 Resp. by Debtor

**APPEARANCES:**

Debtor:            Russell A. Burdelski
Trustee:           Ronda J. Winnecour
Integrity Mortgage: Jillian Snider

**NOTES:**

Snider:   Seeking relief from stay. Background of matters given. $163,000 is value of property. Debtor is in arrears of $4,970 ( 5 monthly payments.) Also in arrears to payments to Trustee.

Burdelski:   Debtor is 3 payments behind. Debtor's health

Winnecour:   Request dismissal

**OUTCOME:**   #37: GRANTED. OE
Trustee's oral motion for dismissal w/o prejudice is GRANTED

*(signature)*
asg