FILED
3/10/22 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN B. THOMAS, | : | No. 21-21096-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| INTEGRITY MORTGAGE NOTE FUND I, LLC | : | |
| | : | Hearing Date: 3/9/22 at 9:30 a.m. |
| Movant, | : | Response Date: 2/26/22 |
| | : | |
| vs. | : | Related to Document No. 37 |
| | : | |
| KATHLEEN B. THOMAS, RONDA J. WINNECOUR, Trustee, | : | |
| | : | |
| Respondents. | : | |

### ORDER GRANTING RELIEF FROM STAY

AND NOW, this ___9th___ day of ___March___, 2022, upon consideration of the Motion for Relief from Automatic Stay, filed on behalf of Integrity Mortgage Note Fund I, LLC, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

that the Motion is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to Integrity Mortgage Note Fund I, LLC, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located 411 Oakwood Street, New Kensington, PA 15068, including actions that may or will divest debtor's rights and interests in the property.

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21096-TPA |
| Kathleen B. Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Mar 10, 2022 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen B. Thomas, 411 Oakwood Street, New Kensington, PA 15068-5345 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SN Servicing Corp. bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Integrity Mortgage Note Fund I LLC jsnider@fbtlaw.com, agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Home Investment Fund V LP mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 10, 2022 | Form ID: pdf900 | Total Noticed: 1

        on behalf of Debtor Kathleen B. Thomas Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

S. James Wallace

        on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
        PNGbankruptcy@peoples-gas.com

TOTAL: 7