**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KATHLEEN B. THOMAS | Case No.:21-21096 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/02/2021 and confirmed on 06/16/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,947.18 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,947.18 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,567.65 | |
|     Trustee Fee | 202.66 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,770.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   INTEGRITY MORTGAGE NOTE FUND I LLC | 5,176.87 | 5,176.87 | 0.00 | 5,176.87 |
|     Acct: 6890 | | | | |
|   INTEGRITY MORTGAGE NOTE FUND I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6890 | | | | |
|   CITY OF NEW KENSINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 7,392.58 | 0.00 | 0.00 | 0.00 |
|     Acct: 5287 | | | | |
| | | | | 5,176.87 |
| **Priority** | | | | |
|   RUSSELL A. BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KATHLEEN B. THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSSELL A. BURDELSKI | 4,000.00 | 2,567.65 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-21096 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| PA DEPARTMENT OF REVENUE* | 32.18 | 0.00 | 0.00 | 0.00 |
| Acct: 5287 | | | | |
| INTEGRITY MORTGAGE NOTE FUND I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6890 | | | | |
| | ***NONE*** | | | |
| Unsecured | | | | |
| CAPITAL ONE BANK NA** | 154.59 | 0.00 | 0.00 | 0.00 |
| Acct: 4309 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 558.36 | 0.00 | 0.00 | 0.00 |
| Acct: 4549 | | | | |
| UPMC HEALTH SERVICES | 300.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5287 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JILLIAN NOLAN SNIDER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                      5,176.87

TOTAL CLAIMED
PRIORITY              32.18
SECURED           12,569.45
UNSECURED          1,012.95

Date: 04/08/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com