IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/13/22 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

KATHLEEN B. THOMAS           :    Case No. 21-21096-TPA
      *Debtor*            :    Chapter 13
                          :    Related to Clm. No. 4

## ORDER

      **AND NOW**, this **13th** day of **June, 2022**, a **Notice of Postpetition Mortgage Fees, Expenses and Charges** ("Notice") having been filed by *Integrity Mortgage Note Fund I, LLC* regarding Claim No. *4*, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

      (1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

      (2)    **On or before July 4, 2022** unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

      (a)    An ***AMENDED CHAPTER 13 PLAN;***
      (b)    A ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
      (c)    A ***MOTION OBJECTING*** to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

      (3)    **On or before July 4, 2022** the Trustee, or other party in interest, may file a *Motion* objecting to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

      (4)    ***The failure of either the Debtor(s), the Trustee, or other party in interest to timely file a Motion objecting to the Notice*** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                          */s/ Thomas P. Agresti*
                          Thomas P. Agresti, Judge
                          United States Bankruptcy Court

Case Administrator to serve:
Debtor
Debtor's Counsel
Claimant's Counsel

dak

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-21096-TPA
Kathleen B. Thomas     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen B. Thomas, 411 Oakwood Street, New Kensington, PA 15068-5345 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SN Servicing Corp. bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Integrity Mortgage Note Fund I  LLC jsnider@fbtlaw.com, agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Home Investment Fund V  LP mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Kathleen B. Thomas Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jun 13, 2022 Form ID: pdf900 Total Noticed: 1

S. James Wallace
       on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7