Form 309

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Kathleen B. Thomas**  :  Case No. 21−21096−TPA
*Debtor(s)*  :  Chapter: 13
:
:
:
:
:
:

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 1st of August, 2022,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21096-TPA |
| Kathleen B. Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 01, 2022 | Form ID: 309 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen B. Thomas, 411 Oakwood Street, New Kensington, PA 15068-5345 |
| 15371454 | + | CITY OF NEW KENSINGTON, 301 ELEVENTH STREET, New Kensington, PA 15068-6179 |
| 15371455 | + | HOME INVESTMENT FUND, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |
| 15436816 | + | Integrity Mortgage Note Fund I, LLC, 9805 York Rd, Suite B #249, Cockeysville, MD 21030-4913 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 01 2022 23:36:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15377721 | + | EDI: AIS.COM | Aug 02 2022 03:38:00 | CAPITAL ONE BANK, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15375510 | | EDI: CAPITALONE.COM | Aug 02 2022 03:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15377724 | | EDI: PENNDEPTREV | Aug 02 2022 03:38:00 | PA DEPARTMENT OF REVENUE, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15377724 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 01 2022 23:36:00 | PA DEPARTMENT OF REVENUE, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15378443 | + | Email/Text: ebnpeoples@grblaw.com | Aug 01 2022 23:36:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15377725 | | Email/Text: bknotices@snsc.com | Aug 01 2022 23:36:00 | SN SERVICING CORP, 323 5TH STREET, Eureka, CA 95501 |
| 15388417 | | Email/Text: bknotices@snsc.com | Aug 01 2022 23:36:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15387762 | ^ | MEBN | Aug 01 2022 23:34:35 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Home Investment Fund V, LP |
| cr | | Integrity Mortgage Note Fund I, LLC |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2022 | Form ID: 309 | Total Noticed: 12 |

| | | |
|---|---|---|
| cr | | SN Servicing Corp. |
| 15377722 | *+ | CITY OF NEW KENSINGTON, 301 ELEVENTH STREET, New Kensington, PA 15068-6179 |
| 15377723 | *+ | HOME INVESTMENT FUND, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SN Servicing Corp. bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Integrity Mortgage Note Fund I  LLC jsnider@fbtlaw.com, agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Home Investment Fund V  LP mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Kathleen B. Thomas Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7