# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen B. Thomas<br>**Debtor(s)**<br><br>SN SERVICING CORP.<br>**Movant**<br>vs.<br><br>Kathleen B. Thomas<br>**Debtor(s)**<br><br>Rhonda J. Winnecour,<br>**Trustee** | BK NO. 21-21096 TPA<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 13, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kathleen B. Thomas
411 Oakwood Street
New Kensington, PA 15068

Attorney for Debtor(s)
Russell A. Burdelski, Esq.
1020 Perry Highway (VIA ECF)
Pittsburgh, PA 15237

Trustee
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: September 13, 2021

/s/Maria Miksich Esquire
Maria Miksich Esquire
Attorney I.D. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3589
mmiksich@kmllawgroup.com